# United States District Court
## Southern District of Georgia

JORDASH TANKSLEY,

                Petitioner,                JUDGMENT IN A CIVIL CASE

                v.                CASE NUMBER:  CV123-029

INTERIM WARDEN J. KEVIN PERRY,

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 18, 2024 vacating the Adoption Order and Judgment entered on June 11, 2024, the Court overrules Plaintiff's objections and adopts as it's opinion the Magistrate Judge's Report and Recommendation and denies the instant petition brought pursuant to 28 U.S.C. § 2254.  The Court additionally denies a Certificate of Appealability and denies Petitioner leave to appeal in forma pauperis. Judgment is entered in favor of the Respondent.  This case stands closed.

6/24/2024  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020